16546-028

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:18-cr-0057-JMS-DML |
| | ) | |
| DESMOND HESS, | ) | - 01 |
| Defendant. | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  United States Marshal,
     Southern District of Indiana

GREETINGS: We command that you have the presence of DESMOND HESS, DOB XX/XX/1992, SS # XXX-XX-8606, now confined at the Marion County Jail, Indianapolis, Indiana, in the custody of the Warden of said institution, under safe and secure conduct before the Judge of our District within and for the Southern District of Indiana, forthwith, to answer the prosecution now pending against him in said Court and after the proceedings in his case, that you return him to the aforesaid institution under safe and secure conduct, and have you then and there this writ.

WITNESS THE HONORABLE TIM A. BAKER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, and the seal of said Court this date, August 16, 2018.

IN: 8/16/18
OUT: 1/16/20

LAURA A. BRIGGS, Clerk of Court
BY: [signature]

FILED
MAR 27 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA